UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 2:21-cr-6-1
VARIAN LEFEBVRE, )
Defendant )

## INDICTMENT

### Count 1

The Grand Jury charges:

On or about January 21, 2020, in the District of Vermont, defendant VARIAN LEFEBVRE knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

CHRISTINA E. NOLAN (PJV)
United States Attorney
Burlington, Vermont
February 4, 2021

1