REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

     v.                                             Case No. 2:21-cr-006-1

Varian Lefebvre

TAKE NOTICE that the above-entitled case has been rescheduled at 09:30 a.m. on Tuesday, April 26, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Draw. Jury Trial will commence immediately after Jury Draw. Jury Trial will be held daily, from 9:00 a.m. until 4:30 p.m. through Tuesday, May 3, 2022.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk |
| *Rescheduled from February 2022* | By: /s/ *Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 1/6/2022 |

TO:

Paul J. Van de Graaf, AUSA

David L. McColgin, AFPD

Johanna Masse, Court Reporter