U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JAN -6 PM 3: 40

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 2:21-cr-00006 |
| VARIAN LEFEBVRE, | ) |
| Defendant. | ) |

## ORDER

On January 5, 2022, Defendant Varian Lefebvre moved to continue the trial in this matter from the currently scheduled dates (February 8, 2022 for jury selection, and February 28, 2022, for trial) to late March or April 2022.

Counsel states that the continuance is needed because undersigned counsel will be retiring from the Federal Defender Office on February 11, 2022, and his replacement will be starting in the office on January 31, 2022. Mr. Lefebvre agrees that in order for new counsel to have sufficient time to become familiar with his case and prepare for trial, a continuance of the trial date until late March or April is needed.

The government, through Paul Van de Graaf, Assistant United States Attorney, does not object to this motion.

The Court, having considered this application, finds that the failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED.

Dated at Burlington, Vermont this \_\_6th\_\_ day of January, 2022.

Hon. Christina Reiss
United States District Judge