UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>)<br>VARIAN LEFEBVRE, )<br>    Defendant. ) | Case No. 2:21-cr-00006-cr-1 |

NOTICE OF APPEARANCE

NOW COMES Mary Nerino who hereby enters her appearance for the Office of the Federal Public Defender by and on behalf of the above-named defendant, Varian Lefebvre.

Dated: February 18, 2022.

By: /s/ Mary Nerino
Mary Nerino
Assistant Federal Public Defender
Office of the Federal Public Defender
95 Pine Street, Suite 150
Burlington, VT 05401
Phone: (802) 862-6990
Fax: (802) 862-7836
Email: Mary_Nerino@fd.org
Counsel for Varian Lefebvre