UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cr-00006 |
| | ) | |
| VARIAN LEFEBVRE, | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

On March 7, 2022, Defendant Varian Lefebvre moved to continue the trial in this matter from the currently scheduled dates (April 26, 2022 through May 3, 2022 for jury selection and trial to follow) for three to four months, to July or August 2022.

Counsel states that the continuance is needed because undersigned counsel started work with the Office of the Federal Defender on January 31, 2022, and determined after a review of the evidence, specifically related to new information concerning the DNA analysis, that additional time is necessary to perform scientific testing and adequately prepare for trial. Mr. Lefebvre agrees that in order for DNA profiling and analysis to be performed and to utilize such information in preparation of trial, a continuance of the trial date until July or August is needed.

The government, through Michael Drescher, Assistant United States Attorney, does not object to this motion.

The Court, having considered this application, finds that the failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the

Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED.

Dated at Burlington, Vermont this _____ day of _____, 2022.

                                                                                                                 _____
                                                                                                                  Hon. Christina Reiss
                                                                                                                  United States District Judge