UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　)　　　Case No. 2:21-cr-00006
　　　　　　　　　　　　　　　　)
VARIAN LEFEBVRE,　　　　　　　)
　　　　Defendant.　　　　　　　)

## ORDER

On March 7, 2022, Defendant Varian Lefebvre moved to continue the trial in this matter

from the currently scheduled dates (April 26, 2022 through May 3, 2022 for jury selection and

trial to follow) for three to four months, to July or August 2022.

Counsel states that the continuance is needed because undersigned counsel started work

with the Office of the Federal Defender on January 31, 2022, and determined after a review of

the evidence, specifically related to new information concerning the DNA analysis, that

additional time is necessary to perform scientific testing and adequately prepare for trial. Mr.

Lefebvre agrees that in order for DNA profiling and analysis to be performed and to utilize such

information in preparation of trial, a continuance of the trial date until July or August is needed.

The government, through Michael Drescher, Assistant United States Attorney, does not

object to this motion.

The Court, having considered this application, finds that the failure to grant this

continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by taking this action outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the

Court finds that the additional time granted will be, and is, excluded from computation under the

Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED.

Dated at Burlington, Vermont this ___7th___ day of ___March___, 2022.


/s/ *Christina Reiss*
_____
Hon. Christina Reiss
United States District Judge