NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                              Case No. 2:21-cr-006-1

Varian Lefebvre

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Monday, April 18, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Status Conference via video conference.

Location: Courtroom 510                                          JEFFREY S. EATON, Clerk
                                                                                      By: */s/ Jennifer B. Ruddy*
                                                                                      Deputy Clerk
                                                                                      3/22/2022

TO:

Michael P. Drescher, AUSA
Kimberly Ang, AUSA

Michael L. Desautels, FPD
Mary Nerino, AFPD

Johanna Masse, Court Reporter