UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:21-cr-6 |
| VARIAN LEFEBVRE, | ) | |
| Defendants. | ) | |

JOINT MOTION FOR PROTECTIVE ORDER

In order to facilitate the production of discovery containing non-public information of a potentially sensitive nature, the United States and defendant Varian Lefebvre hereby jointly move for entry of the Stipulated Protective Order, filed concurrently herewith.

Dated at Burlington, in the District of Vermont, this 11th day of April, 2022.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

*/s/Michael P. Drescher*
Michael P. Drescher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Michael.Drescher@usdoj.gov


VARIAN LEVEBVRE

*/s/Mary Nerino*
Mary Nerino, Esq.
Federal Public Defenders Office
95 Pine Street, Suite 150
Burlington, VT 05401
mary_nerino@fd.org