# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                    Case No. 2:21-cr-006-1

Varian Lefebvre

TAKE NOTICE that the above-entitled case has been rescheduled at 10:00 a.m. on Monday, September 19, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Draw. Jury Trial will commence immediately after the Jury Draw and will be held through September 23, 2022. Trial will be held from 9:00 a.m. until 4:30 p.m.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk |
| RESCHEDULED FROM 4/26/2022 | By: */s/ Jennifer B. Ruddy* <br> Deputy Clerk <br> 4/18/2022 |

TO:

Kimberly G. Ang, AUSA
Michael Drescher, AUSA

Michael L. Desautels, FPD
Mary Nerino, AFPD

Johanna Masse, Court Reporter

\*\*PLEASE NOTIFY CHAMBERS OF CHANGES OF PLEA AS SOON AS POSSIBLE IN CASES THAT SETTLE.

\*\*\*ALL COUNSEL ARE DIRECTED TO CONTACT THE COURTROOM DEPUTY OR VISIT THE COURT'S WEBSITE AT www.vtd.uscourts.gov FOR TRIAL PREPARATION PROCEDURES INCLUDING THE PRE-MARKING OF EXHIBITS, JURY DRAW PROCEDURES.

\*\*\*CONTACT KATHLEEN CARTER, JURY ADMINISTRATOR, FOR COPIES OF THE JURY QUESTIONNAIRES AT (802) 951-6395 EXT. 110