UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.

VARIAN LEFEBVRE,
Defendant.

Case No. 2:21-cr-00006

## ORDER

On April 18, 2022, Defendant Varian Lefebvre moved to continue the trial in this matter to a trial date of September 19, 2022.

Counsel states that the continuance is needed to allow time for independent laboratory DNA testing, and because of scheduling conflicts between the Court, the government, and defense counsel during the previously-requested months of July and August 2022.

The government, through Michael Drescher, Assistant United States Attorney, does not object to this motion.

The Court, having considered this application, finds that the failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the time between April 18, 2022 and September 19, 2022 will be, and is, excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the Defendant's Motion is GRANTED.

Dated at Burlington, Vermont this 18th day of April, 2022.

Hon. Christina Reiss
United States District Judge