UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cr-00006-1 |
| | ) | |
| VARIAN LEFEBVRE, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE DATE FOR SENTENCING HEARING**

Mr. Lefebvre, by his attorneys, requests a continuance of the sentencing hearing scheduled for November 28, 2022. (And a continuance of the November 18, 2022, filing date for sentencing memoranda, as well.) We ask for a two-weeks continuance.

**Reasons for the request**

The defense has recently received medical records we think are necessary to be included in the presentence report. (We received them from Mr. Lefebvre's mother. We knew that the Probation Office had spoken to Mr. Lefebvre's mother and had thought that the medical information had been conveyed to Probation. But the records themselves were received just recently by the Federal Defender Office.) The records support the defense position regarding factors under 18 USC §3553(a) that we hope the Court will consider. We seek a continuance of approximately two weeks, so Probation and the government have time to review these before memoranda are filed. Mr. Lefebvre is detained; he agrees with the continuance request.

The government does not object, per Mr. Drescher.

November 18, 2022

By:    _/s/ Michael L. Desautels_

MICHAEL L. DESAUTELS
Office of the Federal Public Defender
District of Vermont
95 Pine Street, Suite 150
Burlington, Vermont 05401
(802) 862-6990
michael_desautels@fd.org